**FILED**

JUL 2 0 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-018-KJD (LRL) |
| SHAVONTE HILL, | ) | |
| Defendant. | ) | |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on July 20, 2010, defendant SHAVONTE HILL pled guilty to Count Two of a Two-Count Superseding Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds defendant SHAVONTE HILL agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment .

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment and the offense to which defendant SHAVONTE HILL pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

        (a)    a Smith and Wesson 40 caliber pistol, serial # RAN1122;

        (b)    a Smith and Wesson SW40E .40 caliber pistol, serial # PBB8248; and

        (c)    any and all ammunition ("property").

1        This Court finds the United States of America is now entitled to, and should, reduce the

2  aforementioned property to the possession of the United States of America.

3        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

4  United States of America should seize the aforementioned property.

5        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

6  SHAVONTE HILL in the aforementioned property is forfeited and is vested in the United States of

7  America and shall be safely held by the United States of America until further order of the Court.

8        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

9  shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

10  website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

11  the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

12  the name and contact information for the government attorney to be served with the petition, pursuant

13  to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

14        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed

15  with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

16        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

17  shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

18  following address at the time of filing:

19                  DANIEL D. HOLLINGSWORTH
                Assistant United States Attorney

20                  MICHAEL A. HUMPHREYS
                Assistant United States Attorney

21                  Lloyd D. George United States Courthouse
                333 Las Vegas Boulevard South, Suite 5000

22                  Las Vegas, Nevada 89101.

23  . . .

24  . . .

25  . . .

26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this ___20th___ day of ___July___, 2010.


_____
UNITED STATES DISTRICT JUDGE

3